Daniel L. Germain (CA Bar No. 143334)
ROSMAN & GERMAIN LLP
16311 Ventura Blvd., Suite 1200
Encino, CA  91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
E-Mail: R&G@Lalawyer.com

David M. Cialkowski (MN Bar No. 306526)
Brian C. Gudmundson (MN Bar No. 336695)
ZIMMERMAN REED, PLLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
E-Mail: David.Cialkowski@zimmreed.com
E-Mail: Brian.Gudmundson@zimmreed.com

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA KONDRACKE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>HANOVER DIRECT, INC., a Delaware corporation; THE COMPANY STORE FACTORY, INC., a Delaware corporation; UNITED MARKETING GROUP, LLC, an Illinois limited liability company,<br><br>            Defendants. | Case No. CV12-05630 CAS (SSx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THIRTY (30) DAYS (L.R. 8-3)**<br><br>**Complaint served: July 6, 2012**<br><br>**Current Response Date: July 27, 2012**<br><br>**New Response Date: August 27, 2012** |

- 1 –

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

This stipulation is entered into by and between plaintiff Alexandra Kondracke ("Plaintiff") and Defendants Hanover Direct, Inc., The Company Store Factory, Inc., and United Marketing Group, LLC (collectively, "Defendants"), through their respective counsel, as follows:

WHEREAS, Plaintiff caused the Summons and Complaint and related documents in the above-entitled action to be personally served on Defendants Hanover Direct, Inc. and The Company Store Factory, Inc.'s respective agents for service of process on or about July 6, 2012;

WHEREAS, Plaintiff caused the Summons and Complaint and related documents in the above-entitled action to be personally served on Defendant United Marketing Group, LLC's agent for service of process on or about July 16, 2012;

WHEREAS, Defendants have requested a thirty (30) day extension of time to Answer or otherwise respond to the Complaint; and

WHEREAS, Plaintiff is agreeable to provide such an extension.

NOW THEREFORE, Plaintiff and Defendants, through their respective counsel, hereby stipulate pursuant to Local Rule 8-3 to the following extensions of time, as follows:

1. Defendant Hanover Direct, Inc. shall have a thirty (30) day extension of time, to and including August 27, 2012, to respond to the complaint; and

2. Defendant The Company Store Factory, Inc. shall have a thirty (30) day extension of time, to and including August 27, 2012, to respond to the complaint.

3. Defendant United Marketing Group, LLC shall have a thirty (30) day extension of time, to and including September 5, 2012, to respond to the complaint.

SO STIPULATED.

ROSMAN & GERMAIN LLP

Dated:  August 10, 2012          */S/ Daniel L. Germain*
                                  Daniel L. Germain (CA Bar No. 143334)
                                  16311 Ventura Blvd., Suite 1200

Encino, CA  91436-2152
Telephone:  (818) 788-0877
Facsimile:  (818) 788-0885
E-Mail: R&G@Lalawyer.com

David M. Cialkowski (MN Bar No. 306526)
Brian C. Gudmundson (MN Bar No. 336695)
ZIMMERMAN REED, P.L.L.P.
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone:  (612) 341-0400
Facsimile:  (612) 341-0844
E-Mail: David.Cialkowski@zimmreed.com
E-Mail: Brian.Gudmundson@zimmreed.com

*Attorneys for Plaintiff and the proposed Class*

JEFFER MANGELS BUTLER
& MITCHELL LLP


Dated:   August 10, 2012            */S/ Michael J. Hassen*
                                    Michael J. Hassen
                                    Two Embarcadero Center
                                    5th Floor
                                    San Francisco, CA 94111
                                    Telephone: (415) 398-8080
                                    Facsimile: (800) 707-4479
                                    E-Mail: MHassen@JMBM.com

*Attorneys for Defendants Hanover Direct,
Inc. and The Company Store Factory, Inc.*

MANATT, PHELPS & PHILLIPS, LLP


Dated:   August 10, 2012            */S/ Brad W. Seiling*
                                    Brad W. Seiling
                                    11355 West Olympic Blvd

- 3 –

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

Los Angeles, CA  90064
Telephone: (310) 312-4234
Facsimile: (310) 312-4224
E-Mail: BSeiling@manatt.com

*Attorneys for Defendant United Marketing Group, LLC*

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT