1  Daniel L. Germain (CA Bar No. 143334)
2  ROSMAN & GERMAIN LLP
3  16311 Ventura Blvd., Suite 1200
   Encino, CA  91436-2152
4  Telephone: (818) 788-0877
5  Facsimile: (818) 788-0885
   E-Mail: R&G@Lalawyer.com
6
7  David M. Cialkowski (MN Bar No. 306526)
   Brian C. Gudmundson (MN Bar No. 336695)
8  ZIMMERMAN REED, PLLP
9  1100 IDS Center
   80 South 8th Street
10 Minneapolis, MN  55402
11 Telephone: (612) 341-0400
12 Facsimile: (612) 341-0844
   E-Mail: David.Cialkowski@zimmreed.com
13 E-Mail: Brian.Gudmundson@zimmreed.com
14
15 *Attorneys for Plaintiff and the Proposed Class*

16              UNITED STATES DISTRICT COURT

17          FOR THE CENTRAL DISTRICT OF CALIFORNIA

18 ALEXANDRA KONDRACKE,            ) Case No. CV12-05630 CAS (SSx)
   individually and on behalf of all others )
19 similarly situated,             ) **STIPULATION TO EXTEND TIME TO
                                   ) RESPOND TO COMPLAINT**
20                                 )
                                   ) **Complaint served: July 6, 2012 and July 16,
21           Plaintiff,            ) 2012**
        v.                         )
22                                 ) **Current Response Dates: August 27, 2012
                                   ) and September 5, 2012**
23 HANOVER DIRECT, INC., a         )
   Delaware corporation; THE       ) **New Response Date: October 5, 2012**
24 COMPANY STORE FACTORY, INC., )
   a Delaware corporation; UNITED  )
25 MARKETING GROUP, LLC, an        )
   Illinois limited liability company, )
26                                 )
27                                 )
           Defendants.             )
28 _____)

- 1 –

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1
2   This stipulation is entered into by and between plaintiff Alexandra Kondracke
3   ("Plaintiff") and Defendants Hanover Direct, Inc., The Company Store Factory, Inc., and
4   United Marketing Group, LLC (collectively, "Defendants"), through their respective
    counsel, as follows:
5
6       WHEREAS, Plaintiff caused the Summons and Complaint and related documents in
7   the above-entitled action to be personally served on Defendants Hanover Direct, Inc. and
8   The Company Store Factory, Inc.'s respective agents for service of process on or about
    July 6, 2012;
9
10      WHEREAS, Plaintiff caused the Summons and Complaint and related documents in
11  the above-entitled action to be personally served on Defendant United Marketing Group,
    LLC's agent for service of process on or about July 16, 2012;
12
13      WHEREAS, on August 10, 2012, pursuant to Local Rule 8-3, the parties, through
14  their respective counsel, entered into a stipulation to extend the time for Defendants to
15  Answer or otherwise respond to the Complaint by not more than 30 days (Docket #15).
16  Pursuant to that stipulation, Defendants Hanover Direct and The Company Store Factory,
17  Inc.'s response to the Complaint is currently due on August 27, 2012 and Defendant
18  United Marketing Group, LLC's response to the Complaint is currently due on September
    5, 2012; and
19
20      WHEREAS, after conferring in good faith, the parties have agreed that more time is
21  required so that counsel may meet in person to discuss the claims and defenses in the case
22  and to provide a uniform response date.  Accordingly, after conferring in good faith, the
23  parties have agreed, subject to court approval, that Defendants may have until Friday,
24  October 5, 2012 to Answer or otherwise respond to the Complaint.

24      IT IS HEREBY STIPULATED AS FOLLOWS:
25      Defendants shall Answer or otherwise respond to the Complaint on or before
26  October 5, 2012.
27  /////
28  /////

- 2 –

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

SO STIPULATED.

ROSMAN & GERMAIN LLP

Dated:   August 23, 2012

*/S/ Daniel L. Germain*
Daniel L. Germain (CA Bar No. 143334)
16311 Ventura Blvd., Suite 1200
Encino, CA  91436-2152
Telephone:  (818) 788-0877
Facsimile:  (818) 788-0885
E-Mail: R&G@Lalawyer.com

David M. Cialkowski (MN Bar No. 306526)
Brian C. Gudmundson (MN Bar No. 336695)
ZIMMERMAN REED, P.L.L.P.
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone:  (612) 341-0400
Facsimile:  (612) 341-0844
E-Mail: David.Cialkowski@zimmreed.com
E-Mail: Brian.Gudmundson@zimmreed.com

*Attorneys for Plaintiff and the proposed Class*

JEFFER MANGELS BUTLER
& MITCHELL LLP

Dated:   August 23, 2012

*/S/ Michael J. Hassen*
Michael J. Hassen
Two Embarcadero Center
5th Floor
San Francisco, CA 94111
Telephone: (415) 398-8080
Facsimile: (800) 707-4479
E-Mail: MHassen@JMBM.com

*Attorneys for Defendants Hanover Direct, Inc. and The Company Store Factory, Inc.*

- 3 –

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

MANATT, PHELPS & PHILLIPS, LLP

Dated:   August 23, 2012

*/S/ Brad W. Seiling*
Brad W. Seiling
11355 West Olympic Blvd
Los Angeles, CA  90064
Telephone: (310) 312-4234
Facsimile: (310) 312-4224
E-Mail: BSeiling@manatt.com

*Attorneys for Defendant United Marketing Group, LLC*

- 4 –

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT