Daniel L. Germain (CA Bar No. 143334)
ROSMAN & GERMAIN LLP
16311 Ventura Blvd., Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
E-Mail: R&G@Lalawyer.com

David M. Cialkowski (MN Bar No. 306526)
Brian C. Gudmundson (MN Bar No. 336695)
ZIMMERMAN REED, PLLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
E-Mail: David.Cialkowski@zimmreed.com
E-Mail: Brian.Gudmundson@zimmreed.com

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALEXANDRA KONDRACKE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HANOVER DIRECT, INC., a Delaware corporation; THE COMPANY STORE FACTORY, INC., a Delaware corporation; UNITED MARKETING GROUP, LLC, an Illinois limited liability company,

Defendants.

Case No. CV12-05630 CAS (SSx)

**STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (L.R. 23-3)**

This stipulation is entered into by and between plaintiff Alexandra Kondracke ("Plaintiff") and Defendants Hanover Direct, Inc., The Company Store Factory, Inc., and United Marketing Group, LLC (collectively, "Defendants"), through their respective counsel, as follows:

WHEREAS, Plaintiff filed a Class Action Complaint (the "Complaint") against Defendants on June 28, 2012 (Docket No. 1);

WHEREAS, Plaintiff caused the Summons and Complaint and related documents in the above-entitled action to be personally served on Defendants Hanover Direct, Inc. and The Company Store Factory, Inc.'s respective agents for service of process on or about July 6, 2012 (Docket Nos. 13 & 14);

WHEREAS, Plaintiff caused the Summons and Complaint and related documents in the above-entitled action to be personally served on Defendant United Marketing Group, LLC's agent for service of process on or about July 16, 2012 (Docket No. 12);

WHEREAS, pursuant to Local Rule 23-3, Plaintiff's Motion for Class Certification is due to be filed ninety (90) days after service of the Complaint, or October 4, 2012 (as to Defendants Hanover Direct, Inc. and The Company Store Factory, Inc.) and October 14, 2012 (as to Defendant United Marketing Group, LLC);

WHEREAS, the Defendants' responses to the Complaint are currently due to be filed with the Court on October 5, 2012 (Docket No. 20);

WHEREAS, Defendant United Marketing Group, LLC presently anticipates filing a Motion to Strike a portion of the Complaint. The decision on the Motion to Strike may impact the issues and arguments presented by the parties in connection with Plaintiff's Motion for Class Certification such that the resources of the parties and the Court would be more economically and efficiently utilized if the decision on the Motion to Strike precedes the filing of the Motion for Class Certification;

WHEREAS, the parties met and conferred via telephone regarding the upcoming deadline for the filing of Plaintiff's Motion for Class Certification, and agreed to an extension of the deadlines established by L.R. 23-3 to a date to be established by the Court

at the initial scheduling conference or in the initial scheduling order following submission of the Parties' Rule 26f Report; and

WHEREAS, no prior extensions of the deadline for Plaintiff to file her Motion for Class Certification has been requested.

IT IS HEREBY STIPULATED AS FOLLOWS:

The deadline for filing Plaintiff's Motion for Class Certification shall be extended from the current deadlines established by L.R. 23-3 to a date to be established by the Court at the initial scheduling conference or in the initial scheduling order following submission of the parties' Rule 26f Report.

**IT IS SO STIPULATED.**

ROSMAN & GERMAIN LLP

Dated: October 4, 2012

*_/S/ Daniel L. Germain_*

Daniel L. Germain (CA Bar No. 143334)
16311 Ventura Blvd., Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
E-Mail: R&G@Lalawyer.com

David M. Cialkowski (MN Bar No. 306526)
Brian C. Gudmundson (MN Bar No. 336695)
ZIMMERMAN REED, P.L.L.P.
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
E-Mail: David.Cialkowski@zimmreed.com
E-Mail: Brian.Gudmundson@zimmreed.com

*Attorneys for Plaintiff and the proposed Class*

JEFFER MANGELS BUTLER
& MITCHELL LLP

Dated: October 4, 2012

*/S/ Michael J. Hassen*

Michael J. Hassen
Two Embarcadero Center
5th Floor
San Francisco, CA 94111
Telephone: (415) 398-8080
Facsimile: (800) 707-4479
E-Mail: MHassen@JMBM.com

*Attorneys for Defendants Hanover Direct, Inc. and The Company Store Factory, Inc.*

MANATT, PHELPS & PHILLIPS, LLP

Dated: October 4, 2012

*/S/ Brad W. Seiling*

Brad W. Seiling
11355 West Olympic Blvd
Los Angeles, CA 90064
Telephone: (310) 312-4234
Facsimile: (310) 312-4224
E-Mail: BSeiling@manatt.com

*Attorneys for Defendant United Marketing Group, LLC*