UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA KONDRACKE, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>HANOVER DIRECT, INC., a Delaware corporation; THE COMPANY STORE FACTORY, INC., a Delaware corporation; UNITED MARKETING GROUP, LLC, an Illinois limited liability company,<br><br>　　　　　　Defendants. | Case No. CV12-05630 CAS (SSx)<br><br>[Discovery Document: Referred to Magistrate Judge Suzanne H. Segal]<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

　　This matter having come before the Court pursuant to the Parties' Stipulated Protective Order, filed with this Court on April 16, 2013; and

　　The Court having considered the Parties' Stipulated Protective Order and accompanying papers thereto;

　　The Court hereby grants the Proposed Stipulated Protective Order in its entirety.

　　IT IS SO ORDERED.

Dated: 4/22/13　　　　　　　　_____/S/_____

　　　　　　　　　　　　　　　HONORABLE SUZANNE H. SEGAL

　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

- 1 –

ORDER GRANTING STIPULATED PROTECTIVE ORDER